JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ted E. Wolfram,<br>  Plaintiff,<br>vs.<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>  Defendant. | No. 3:07-cv-05432-WHA<br><br>PLAINTIFF'S UNOPPOSED MOTION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE MOTION |

Plaintiff hereby requests a 30-day extension, or until March 28, 2008, in which to file his motion for summary judgment and/or remand.[1] This is Plaintiff's first request for an extension.

Counsel for Defendant today has stated to Plaintiff's Counsel that Defendant had or would have no objection.

RESPECTFULLY SUBMITTED on this 27th day of February 2008.

/s/_____
James Hunt Miller, Attorney for Plaintiff Mr. Wolfram

---

[1] Pursuant to the procedural order (30 days after service), and F.R.Civ.P. 6(e) (three days), the motion was due today, 33 days after January 25, 2008, the date the administrative transcript of records was put in the mail to Plaintiff.

*mot & ord xtn – Wolfram v. SSA*  3:07-cv-05432-WHA                                    1

1     ORDER (Proposed).

2     Pursuant to Plaintiff's unopposed motion for a 30-day lengthening of time in
3 which to file the motion for summary judgment and/or remand,  It Is Hereby Ordered
4 That Plaintiff is given until March 28, 2008 in which to file.
5 DATED:_ February 28, 2008.

IT IS SO ORDERED

Judge William Alsup

8                     UNITED STATES DISTRICT JUDGE