**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TED E. WOLFRAM,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No. C 07-05432 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order denying plaintiff's motion for summary judgment and granting defendant's cross-motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: August 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE