IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED E. WOLFRAM, | No. C 07-05432 WHA |
| Plaintiff – Appellant, | |
| v. | **ORDER REMANDING SOCIAL SECURITY APPEAL FOR REDETERMINATION OF BENEFITS ELIGIBILITY** |
| THE COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant – Appellee. / | |

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit (No. 08-17146), this social security appeal is hereby remanded to the Social Security Agency for redetermination of plaintiff – appellant's eligibility for benefits. **THE COURT SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 31, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE