IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED E. WOLFRAM,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>the Social Security Administration,<br><br>    Defendant.<br>                                       / | No. C 07-05432 WHA<br><br>**ORDER SETTING BRIEFING<br>SCHEDULE ON PENDING<br>ATTORNEY'S FEES MOTION** |

On August 31, 2010, counsel for plaintiff moved for a $25,000 award of attorney's fees under 42 U.S.C. 406( b) for services rendered in this social-security appeal. Counsel also seeks an order to reimburse plaintiff Ted E. Wolfram the amount of $9,281.34 for EAJA fees previously paid by the Commissioner. Defendant shall respond to this motion **BY NOON ON SEPTEMBER 16, 2010**. Plaintiff's counsel shall also ensure that Mr. Wolfram is immediately sent a copy of this order. Mr. Wolfram may file a statement with the Court regarding counsel's application for attorney's fees and express an opinion as to whether the requested fees are reasonable. Any such statement must be received by the Court no later than **SEPTEMBER 23, 2010**.

**IT IS SO ORDERED.**

Dated: September 1, 2010.

                                                  WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE