United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TED E. WOLFRAM,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.
                               /

No. C 07-05432 WHA

**ORDER REQUESTING PROPOSED ORDER RE ATTORNEY'S FEES MOTION**

Counsel for plaintiff shall file a proposed order pursuant to Civil Local Rule 7-2(c) relating to the pending motion for attorney's fees. This proposed order shall be filed no later than **NOON ON MONDAY, OCTOBER 18, 2010**. The proposed order should set forth the exact relief sought by plaintiff's counsel in the pending motion.

**IT IS SO ORDERED.**

Dated: October 12, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE